998

No. 95–6388. PITTS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6389. PRINCE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–6394. WOODS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6396. PEGANOFF v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–6399. JENNINGS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–6400. MCQUAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–6401. MARTIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6405. FELTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6407. ELLISOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6408. DOYLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–6409. GARRETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6410. HAGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6411. ELI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6415. EDMOND ET AL. v. UNITED STATES; and
No. 95–6420. SUTTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–6417. LEGGETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.